UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAVID HAMILTON (#108298)

VERSUS

JOSEPH SMITH, ET AL.

CIVIL ACTION

NO. 19-88-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 30) dated October 2, 2019, to which no objection was filed;

**IT IS ORDERED** that defendant Sterling's Motion to Dismiss (R. Doc. 16) is denied, and that this matter is referred back the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on December 11, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA